1 | McGREGOR W. SCOTT
United States Attorney
2 | ROBERT M. TWISS
Assistant U.S. Attorney **SEALED**
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: (916) 554-2767



**FILED**

MAY − 4 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

5

6

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | IN RE: APPLICATION FOR AN     )
ORDER DIRECTING CELLCO         )     NO. **2:0 7 − SW − 0 1 2 0**    **KJM**
12 | PARTNERSHIP, DBA VERIZON       )
WIRELESS, TO FURNISH           )
13 | SUBSCRIBER, BILLING, AND       )          <u>ORDER</u>
HISTORICAL CELL SITE           )
14 | INFORMATION                    )
_____ )          **UNDER SEAL**

15

16 | This matter has come before the Court pursuant to an

17 | Application under Title 18, United States Code, Sections 3122 and

18 | 2703 by Robert M. Twiss, an attorney of the United States

19 | Department of Justice. The Application requests an order

20 | directing Cellco Partnership, DBA Verizon Wireless, 180

21 | Washington Valley Road, Bedminster, NJ 07921, to furnish

22 | subscriber, billing, and historical cell site information on the

23 | cellular telephone currently identified by telephone number

24 | (530)908-4812, hereinafter (530)908-4812. The Court finds that

25 | the applicant has certified and shown that the information likely

26 | to be obtained by the requested use and disclosure is relevant to

27 | a legitimate ongoing criminal investigation into possible

28 | violations of Title 18, United States Code, Sections, 371,

-1-

1  922(o), 956(a)(1); Title 22, United States Code, Section 2778;
2  and Title 26, United States Code, Section 5861(d).

3      The Court further finds that the United States has made a
4  showing that there is reason to believe that notification or
5  disclosure by Cellco Partnership, DBA Verizon Wireless, or any
6  other involved telephone company, of the existence the
7  investigation or request for subscriber, billing, and historical
8  cell site information will: (1) endanger the life or safety of an
9  undercover government agent and other government agents; (2)
10 cause the subjects to flee to avoid prosecution; or (3) seriously
11 jeopardize the investigation in that the suspects will stop using
12 their telephones, begin using pay telephones, or move their
13 illegal operations elsewhere.

14     The Court also finds that good cause exists for permitting
15 ATF or other authorized law enforcement personnel to obtain
16 subscriber, billing, and historical cell site information.

17     IT APPEARING that subscriber, billing, and historical cell
18 site information from telephone number (530) 908-4812, belonging
19 to Harrison JACK, is relevant to an ongoing criminal
20 investigation of the specified offenses,

21     IT IS HEREBY ORDERED:

22     1.  Pursuant to Title 18, United States Code, Sections
23 2703(d) and 3123, Cellco Partnership, DBA Verizon Wireless, shall
24 provide agents of ATF with subscriber, billing, and historical
25 cell site information for the beginning and termination of each
26 call made or received by the cellular telephone identified by
27 number (530)908-4812 for the following dates:

28

-2-

1        a.   February 2, 2007

2        b.   February 7, 2007

3        c.   February 15, 2007

4        2.   Cellco Partnership, DBA Verizon Wireless shall be

5   compensated by the government for reasonable expenses incurred in

6   providing facilities and technical assistance in connection with

7   furnishing subscriber, billing, and historical cell site

8   information.

9        3.   Pursuant to Title 18, United States Code, Sections 3123

10  (d) and 2705 (b), this Order and the Application shall be **sealed**

11  until otherwise ordered by the Court, and Cellco Partnership, DBA

12  Verizon Wireless, or any other involved telephone companies,

13  shall not disclose the existence of the investigation or the

14  request for subscriber, billing, and historical cell site

15  information to the listed subscribers, or to any other person,

16  unless or until otherwise ordered by the Court.

17  DATED: February 27, 2007

18                              KIMBERLY J. MUELLER
                                United States Magistrate Judge
19

20

21

22

23

24

25

26

27

28

-3-