McGREGOR W. SCOTT
United States Attorney
ROBERT M. TWISS
Assistant U.S. Attorney
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2767

SEALED

FILED
MAY - 4 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA         )
                                 )
              Plaintiff,         )    2:07-SW-0120  KJM
                                 )
       v.                        )
                                 )
SEALED                           )
                                 )
              Defendant.         )
_____)

SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until further order of the Court except for copies for use by the United States.

DATED: February 28, 2007

_____
HONORABLE KIMBERLY J. MUELLER
U.S. Magistrate Judge

1