SEALED

1   MCGREGOR W. SCOTT
    United States Attorney
2   ELLEN V. ENDRIZZI
    Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, California 95814
4   Telephone: (916) 554-2716

**FILED**

MAY - 4 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,        ) No. 2:0 7 - SW - 0 1 2 0  KJM
                                     )
12            Plaintiff,             )
                                     )  **UNDER SEAL**
13        v.                         )
                                     )
14  SEALED,                          )
                                     )
15            Defendant.             )
    _____)

17                    **SEALING ORDER**

18       Upon Application of the United States of America and good

19  cause having been shown,

20       IT IS HEREBY ORDERED that the documents in the above-

21  captioned matter be and are hereby ordered SEALED until further

22  order of this Court except for copies for use by the United

23  States.

24  DATED:  April 27, 2007

26                              GREGORY G. HOLLOWS
                                _____
                                HONORABLE GREGORY G. HOLLOWS
27                              United States Magistrate Judge