UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In Re: Application for an Order )
Authorizing the Use of a Pen )
Register Device, Trap and Trace ) No. 2:07-sw-00120 KJM
Device, Dialed Number )
Interceptor, Number Search )
Device, and Caller Identification )
Service, and the Disclosure of )
Billing, Subscriber, Air Time, )
and Cell Site Information )
_____ )

## **O R D E R**

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the United States' Motion to Unseal the documents filed in 2:07-sw-00120 KJM is GRANTED as follows:

the Orders and Sealing Orders are unsealed without restriction;

HOWEVER,

the <u>unredacted</u> Applications are to remain under seal until further order of the Court; and

the Clerk may file publicly the <u>redacted</u> versions of the Applications, which are appended hereto.

IT IS SO ORDERED.

DATED: July 3, 2007

EDMUND F. BRENNAN
United States Magistrate Judge